## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Naab Consulting Corp.*
Attn:   Jesse T. Singer
2699 South Bayshore Drive
Miami, FL 33133

                                                                                  _____
                                                                                  Mary E. Augustine (No. 4477)

619644v1